No. 8352.

PIERRE SAMORINI vs. WIDOW A. MALLARD.

In an action for the dissolution of a lease amounting to four hundred and fifty dollars, an allegation that plaintiff has been damaged in the sum of ten thousand dollars for the alleged violation of defendant's agreement to renew the lease at its expiration, and a prayer for such damages, will not be considered as an element in ascertaining the real amount in dispute in the suit.

A claim for fictitious damages cannot give jurisdiction to the Supreme Court in an action for the dissolution of the lease.

APPEAL from the Civil District Court for the Parish of Orleans. Houston, J.

Alf. Philips and Chs. Louque for Defendant and Appellee.

The opinion of the Court was delivered by POCHÉ, J.